**FILED**
**CLERK**
11:36 am, Dec 17, 2018
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**COLLEEN KAZAR**, individually and on behalf of all others similarly situated,

                *Plaintiff*,

-vs-

**NORTHSTAR LOCATION SERVICES, LLC**,

                *Defendant*.

---

ORDER

**VOLUNTARY STIPULATION OF DISMISSAL**

Civil No. 2:18-cv-3822-JS-SIL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

Therefore it is Ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated within sixty (60) days.

Dated: December 13, 2018

**BARSHAY SANDERS, PLLC**

By: s/ David M. Barshay
    David M. Barshay, Esq.
    Attorneys for Plaintiff
    100 Garden City Plaza, 5th Floor
    Garden City, NY 11530
    Tel: (516) 203-7600 x3211
    Email address: dbarshay@barshaysanders.com

Dated: December 13, 2018

**BARCLAY DAMON LLP**

By: s/ Paul A. Sanders
    Paul A. Sanders, Esq.
    Attorneys for Defendant
    100 Chestnut Street, Suite 2000
    Rochester, New York 14604
    Tel: (585) 295-4426
    Email address:
    psanders@barclaydamon.com

SO ORDERED: /s/ JOANNA SEYBERT
Hon. Joanna Seybert
United States District Court Judge

Dated: Dec. 17, 2018
Central Islip, NY

The Clerk of the Court is directed to mark the case CLOSED.

17691678.1